**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE F. ANNINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DePUY SYNTHES PRODUCTS, INC., a Corporation; DePUY SYNTHES SALES, INC., a Corporation and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. 2:21-cv-09651-FWS-RAO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [46]** |

///

///

///

Having considered and reviewed Stipulation of Dismissal with Prejudice [46] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITHOUT PREJUDICE** in its entirety as to all parties and all claims for relief. Each party shall bear their own costs, expenses, and fees.

**IT IS SO ORDERED**.

Dated:  June 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE